**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARVIN CACERES SANCHEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-907-KC** |
| | § | |
| **CURTIS TAYLOR et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.  On May 21, 2026, the Court ordered Respondents to release Marvin Caceres Sanchez under reasonable conditions of supervision by May 28.  May 21, 2026, Order, ECF No. 7.

Respondents now inform the Court that, on May 23, Caceres Sanchez was released from custody.  Notice, ECF No. 9.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; May 21, 2026, Order.

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 31st day of May, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE